**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Willie J. BURKE, Defendant–Appellant.**

**No. 10–13160
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 19, 2011.

Christopher P. Canova, Thomas F. Kirwin, U.S. Attorney's Office, Tallahassee, FL, Pamela A. Moine, Lennard B. Register, III, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Willie J. Burke, Tallahassee, FL, pro se.

William Rourk Clark, Jr., Chet Kaufman, Randolph P. Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before BARKETT, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Randolph P. Murrell, appointed counsel for Willie J. Burke, Jr., has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Burke's conviction and sentence are **AFFIRMED.**